**FILED**

DEC 07 2010

CLERK
U.S. BANKRUPTCY

By _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _____Gregory Zapary___k_____

CASE NUMBER: _____91 535 /HAR_____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Debtor undeliverable | No Asset | 5310.34 |
| | | 21461 |
| | | 5,310.34 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____               TOTAL: $____5310.34____

DATE:_____          _____
                                    TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94